# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STEPHANIE BALSAMO,

    *Petitioner*,

vs.

STATE OF NEVADA, *et al.*,

    *Respondents*.

2:13-cv-01654-GMN-PAL

ORDER

This habeas matter comes before the Court for initial review.

In No. 2:13-cv-01648-JAD-NJK, petitioner has filed a pauper application and an extensive petition challenging the Nevada state judgment of conviction in No. C224580 in the Eighth Judicial District Court. The Court has denied the pauper application and directed petitioner to pay the filing fee in that action.

The papers in the present action do not constitute an exact photocopy in all respects of papers filed in No. 2:13-cv-01648. The minor differences between the papers in the two actions are insubstantial, however. Moreover, the petition tendered in this case is only a fragment, consisting of only the very first two pages of a petition without the assertion of any claims. Nor does the unsigned petition fragment in this case name a proper respondent.

The Court therefore will dismiss the wholly duplicative and fragmentary papers filed in this action without prejudice. Petitioner either tendered the fragmentary papers in error, or they were docketed by the Clerk in error. In either event, a dismissal of this duplicative fragmentary action without prejudice can cause no substantial prejudice.

**IT THEREFORE IS ORDERED** that the application (#1) to proceed *in forma pauperis* is **DENIED without prejudice** and that this action shall be **DISMISSED without prejudice**.

The Clerk of Court shall enter final judgment accordingly, dismissing this action without prejudice.

**DATED** this 12th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge